

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-21-00074-CR

―――――――――――――――

EX PARTE ALTON RHODES

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CV2021-0902

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant Alton Rhodes has filed an unopposed motion to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 1, 2021